UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORTH PLAZA, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 23-1328 |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, *et al.* | SECTION M (3) |

## ORDER & REASONS

Considering the defendants' motion to dismiss for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure,[1] the plaintiff's opposition thereto,[2] the parties' various reply and supplemental memoranda in support of their respective positions,[3] the parties' Rule 7.1 disclosures,[4] the rest of the record, and the applicable law, the Court finds that it lacks subject-matter jurisdiction over this case. Accordingly,

IT IS ORDERED that defendants' motion to dismiss for lack of subject-matter jurisdiction (R. Doc. 25) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 16th day of October, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 25.
[2] R. Doc. 27.
[3] R. Docs. 30; 44; 51.
[4] R. Docs. 22; 41; 50; 52.